UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                           Case No. 05-cr-64-01-SM

<u>Timothy Tremblay</u>

O R D E R

Defendant Tremblay's motion to continue the final pretrial conference and trial is granted (document 8). Trial has been rescheduled for the November 2005 trial period. Defendant Tremblay shall file a waiver of speedy trial rights not later than August 25, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** October 20, 2005 at 2:30 p.m.

**Jury Selection**: November 1, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

August 22, 2005

cc:  Jonathan Saxe, Esq.
     Mark Irish, AUSA
     US Probation
     US Marshal