## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                           Case No.  05-cr-64-01-SM

Timothy Tremblay

### O R D E R

Defendant Tremblay's motion to continue the final pretrial conference and trial is granted  (document 8).   Defendant Tremblay has filed a Waiver of Speedy Trial.  Trial has been rescheduled for the January 2006 trial period.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   December 16, 2005  at 4:30 p.m.

**Jury Selection**:  January 4,  2006  at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

October  19,  2005

cc:    Jonathan Saxe, Esq.
       Mark Irish, AUSA
       US Probation
       US Marshal