UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                      Case No.  05-cr-64-01-SM

Timothy Tremblay

O R D E R

Defendant Tremblay's motion to continue the final pretrial conference and trial is granted  (document 14).   Trial has been rescheduled for the May  2006 trial period.   Defendant Tremblay  shall file a waiver of speedy trial rights not later than December 21, 2005.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  April 20, 2006 at 4:30 p.m.

**Jury Selection**:  May 2, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

December  13 , 2005

cc:   Jonathan Saxe, Esq.
      Mark Irish, AUSA
      US Probation
      US Marshal