UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE


United States of America

             v.                          Case No. 05-cr-64-01-SM

Timothy Tremblay


                             O R D E R


     Defendant's assented-to motion to continue the trial (document no. 17) is granted. Trial has been rescheduled for the August 2006 trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than April  27, 2006.  On the filing of such waiver, his continuance shall be effective.  No further continuances except on showing of unavoidable necessity.

     The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

```
Final Pretrial Conference:    July 21, 2006 at 4:30 PM

Jury Selection:               August 1, 2006 at 9:30 AM

SO ORDERED.
```

April 18, 2006

Steven J. McAuliffe
Chief Judge

cc: Mark Irish, Esq.
 Jonathan Saxe, Esq.
 U. S. Probation
 U. S. Marshal