```
          UNITED STATES DISTRICT COURT
            DISTRICT OF NEW HAMPSHIRE
```

United States

    v.                     05-cr-64- 01-SM

Timothy Tremblay


                        ORDER

Re: Document No. 22, Motion to Continue Trial

Ruling: Granted. Understanding that the government is satisfied that yet another continuance is warranted due to the defendant's apparent poor health, still, the motion filed by defendant is vague in the extreme and discloses nothing about the actual conditions afflicting defendant. The record ought to be clear if, indeed, defendant suffers from medical conditions that genuinely preclude going forward. Defendant, within 10 days of this order, shall file a supplemental disclosure identifying precisely what conditions currently warrant a continuance, what his attending physicians' prognoses are, and when he anticipates being physically capable of proceeding.

                                              Steven J. McAuliffe
                                              Chief District Judge

Date: July 24, 2006

cc:  Jonathan Saxe, Esq.
     Mark Irish, AUSA
     US Probation
     US Marshal