UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Case No.  05-cr-64-01-SM

<u>Timothy Tremblay</u>

## O R D E R

Defendant Tremblay's motion to continue the final pretrial conference and trial is granted (document no. 27).  Trial has been rescheduled for the November 2006 trial period.  Defendant Tremblay shall file a waiver of speedy trial rights not later than September 27, 2006.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Change of Plea Hearing:**   October 24, 2006 at 3:00 p.m.

**Jury Selection, if necessary**: November 7,  2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 22, 2006

cc:   Jonathan Saxe, Esq.
      Mark Irish, AUSA
      US Probation
      US Marshal